**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| ROSEANNE M. CURRIER,<br><br>                      **Plaintiff**<br><br>VERSUS<br><br>ENTERGY SERVICES, INC., and<br>OLIVER TROWBRIDGE,<br><br>                      **Defendants** | CIVIL ACTION<br><br><br>No. 11-2208<br><br><br>SECTION "E" |

**ORDER AND REASONS**

Before the Court is Defendant Steven F. Griffith's Motion for Leave to File Supplemental Reply Memorandum in Further Support of Motion to Dismiss All Claims Against Steven F. Griffith, Jr. (the "Motion for Leave").[1] The submission date for Defendant Griffith's Motion to Dismiss[2] was March 28, 2012. The Motion for Leave was filed on April 25, 2012. Thus, pursuant to L.R. 7.2.E, the Motion for Leave was not timely filed. Further, the Motion for Leave seeks to address the Plaintiff's Proposed Second Supplemental and Amended Complaint (the "Second Amended Complaint").[3] Plaintiff's Motion for Leave to File Proposed Second Supplemental Amended Complaint[4] is opposed by Defendants[5] and is currently pending before Magistrate Judge Shushan. As a result, the Second Amended Complaint has not been filed into the record. For these reasons,

---

[1] R. Doc. 46.

[2] R. Doc. 21.

[3] R. Doc. 33-3.

[4] R. Doc. 33.

[5] R. Doc. 43.

**IT IS HEREBY ORDERED** that the Motion for Leave should be and the same hereby is **DENIED.**

**Signed, New Orleans, Louisiana, this** 27th **day of April, 2012.**

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**